IN THE UNITED STATES DISTRICT COURT
FOR THE NORTH DISTIRCT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STEPHANIE ARMSTEAD, PAULETTE ROBINSON-MORRISON, | ) ) ) ) | |
| PLAINTIFFS, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 1:16-cv-02151-SCJ |
| HAVEN DEVELOPMENTAL CARE, INC., CAROL TRIM BAGOT, | ) ) ) ) | |
| DEFENDANTS. _____ | ) ) ) | JURY TRIAL REQUESTED |

**ORDER APPROVING FLSA SETTLEMENT AND DISMISSING CASE WITH PREJUDICE**

This matter is before the Court upon the Parties' Consent Motion for Approval of the FLSA Settlement Agreement. The Court has reviewed the Settlement Agreement. The Court now finds the settlement reached in this matter represents a fair and equitable resolution of disputed claims under the Fair Labor Standards Act, as amended 29 U.S.C. § 201, *et seq*.

IT IS THEREFORE ORDERED that the Settlement Agreement is approved, that judgment is entered dismissing this case, with prejudice, each Party to bear its own costs and fees except as expressly set for the in the Settlement Agreement.

Dated: December 28, 2016

s/Steve C. Jones
Judge, U.S. District Court